FILED
October 17, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003838064

Total Pages: 2
James E. Salven
Chapter 7 Trustee
8427 N. Millbrook Ave., Ste. 101
Fresno, CA 93720
(559) 230-1095

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In the Matter of

Case No. 11-60701-A-7

DC No. JES-2

**KEVIN'S CABINETS CO., INC.,**

**TRUSTEE'S MOTION TO SELL PROPERTY OUT OF THE ORDINARY COURSE OF BUSINESS AT PUBLIC AUCTION (11 U.S.C. Sec. 363(b)(1);(f))**

Debtor.

Date: November 16, 2011
Time: 9:00 a.m.
Dept: A

James E. Salven, Chapter 7 Trustee, ("Trustee"), moves the Court as follows:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. Section 1334(a). This is a "core" proceeding pursuant to 28 U.S.C. Section 157(b)(2)(A), (N).

2. This case was commenced by the filing of a Chapter 7 petition on or about 09/27/11. James Salven was appointed Chapter 7 Trustee on or about 09/27/11.

3. Among the assets of the estate are items listed in Exhibit "A" attached to the Notice to Sell Property out of the Ordinary Course of Business at Public Auction.

4. The Trustee wishes to sell the subject assets so that the proceeds can benefit the estate. The estate has elected to sell the

11/19/2011, at 788 Sierra Ave., Clovis, California.

5. The Trustee believes that the sale is in the best interests of the estate.

6. The property proposed to be sold constitutes a portion of the personal property in possession of the debtors at the time the case was filed.

**WHEREFORE,** Movant prays as follows:

1. For an Order approving the public auction sale of the subject property described above, to be held on or after 11/19/2011, at 788 Sierra Ave., Clovis, California; and

2. For such other and further relief as the Court deems just and proper.

Dated: 10/13/11          By: _____
                              James E. Salven, Trustee